UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN A. THOMPSON,<br><br>            Petitioner,<br><br>            v.<br><br>JOE A. LIZARRAGA, Warden,<br><br>            Respondent. | Case No. 2:15-10027 CBM (ADS)<br><br><br>ORDER ACCEPTING FINAL REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition and all the records and files herein, along with the Final Report and Recommendation dated March 18, 2019, [Dkt. No. 39], of the assigned United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Final Report and Recommendation to which objections have been made.

Accordingly, IT IS HEREBY ORDERED:

1. The United States Magistrate Judge's Final Report and Recommendation, [Dkt. No. 39], is accepted;

2. The case is dismissed with prejudice; and

3. Judgment is to be entered accordingly.



DATED: May 15, 2019

_____
HONORABLE CONSUELO B. MARSHALL
United States District Judge