JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN A. THOMPSON,<br><br>          Petitioner,<br><br>          v.<br><br>JOE A. LIZARRAGA[1], Warden,<br><br>          Respondent. | Case No. 2:15-10027 CBM (ADS)<br><br><br>JUDGMENT |

Pursuant to the Court's Order Accepting Final Report and Recommendation of United States Magistrate Judge, IT IS HEREBY ADJUDGED that the above-captioned case is dismissed with prejudice.

DATED: May 15, 2019

HONORABLE CONSUELO B. MARSHALL
United States District Judge

---

[1] Joe A. Lizarraga is substituted as the proper Respondent. See Fed. R. Civ. P. 25(d).